IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:07CR3061 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TREVOR CHILDERS, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)  The defendant's motion to continue sentencing (filing 20) is granted.

(2)  The defendant's sentencing is continued to Wednesday, September 12, 2007, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

June 21, 2007.              BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge