IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3061 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TREVOR CHILDERS, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the defendant's motion for continuance (filing 24) is granted as per the undersigned's order dated June 21, 2007 (filing 21).

   June 22, 2007.                     BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge