UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:07CR3061 |
| ) | |
| vs. ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| ) | |
| TREVOR CHILDERS, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 12th day of September, 2007, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On June 14, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2252(a)(4)(B) and 2253, based upon the Defendant's plea of guilty to Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following:

   a. E-Machine W3050 CPU, serial number CA74C10011314

   b. E-Machine W4065 CPU, serial number QVG2C50201261

   c. Ultra Tower CPU, serial number MSEM15834

were forfeited to the United States.

2. On July 13, 20 and 27, 2007, the Immigration and Customs Enforcement published in a newspaper of general circulation notice of this forfeiture and of the intent of its to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal

interest(s) in said properties. An Affidavit of Publication was filed herein on August 31, 2007 (Filing No. 33).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the following properties:

    a. E-Machine W3050 CPU, serial number CA74C10011314

    b. E-Machine W4065 CPU, serial number QVG2C50201261

    c. Ultra Tower CPU, serial number MSEM15834

held by any person or entity, are hereby forever barred and foreclosed.

C. The following properties:

    a. E-Machine W3050 CPU, serial number CA74C10011314

    b. E-Machine W4065 CPU, serial number QVG2C50201261

    c. Ultra Tower CPU, serial number MSEM15834

be, and the same hereby are, forfeited to the United States of America .

D. The United States Immigration and Customs Enforcement for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 12th day of September, 2007

BY THE COURT:

s/ *RICHARD G. KOPF*
United States District Judge