IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3061 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TREVOR CHILDERS, | ) | |
| | ) | |
| Defendant. | ) | |

     IT IS ORDERED that non-party Allen L. Childers' request for transcript (filing 43) is granted.

February 25, 2008.        BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge