IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3061 |
| | ) | |
| v. | ) | |
| | ) | |
| TREVOR CHILDERS, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that judgment is entered for the United States of America and against Trevor Childers, providing that Childers shall take nothing and his § 2255 motion is denied and dismissed with prejudice.

    September 25, 2008.        BY THE COURT:

                                *s/Richard G. Kopf*
                                United States District Judge